UST-13 PHX, 5-94

JILL H. FORD
Chapter 7 Panel Trustee
P.O. Box 5845
CAREFREE, AZ 85377

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| POWER COMMUNICATION, INC. | Case No. <u>10-10198-PHX RTB</u> |
| Debtor(s) | NOTICE TO CREDITORS AND INTERESTED PARTIES OF SALE AT AUCTION |

NOTICE IS GIVEN that property belonging to the estate of the above-named debtor(s) will be sold at public auction on June 5, 2010 at the hour of 8:00 a.m. At 3570 Grand Avenue, Phoenix, AZ. by Sierra Auction management, Auctioneer. Said auctioneer's fees will not exceed ten percent commission and such other actual expenses not to exceed $1000.00 and are subject to Court approval.

PROPERTY TO BE SOLD:  2001 Chrysler VIN # 2C8GP74L31R320152

Business assets including, but not limited to, Ladders, Reels, Dollies, Hand Tools, Telephone and Communication Equipment and Inventory

TERMS AND CONDITIONS OF SALE:   AS IS/WHERE IS
NO WARRANTIES OR REPRESENTATIONS
SUBJECT TO COURT APPROVAL

Any person opposing the application shall file a written objection on or before June 3, 2010 with the Clerk of the United States Bankruptcy Court, 230 N. 1st Avenue, Suite 101, Phoenix, AZ 85003  A copy of the objection shall be forthwith mailed to the Trustee: JILL H. FORD at the following address: P.O. Box 5845, , CAREFREE, AZ 85377.

If a person timely objects in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is not timely objection and request for hearing, no hearing will be held, and the Auctioneer may proceed to sell the property without further Order of the Court.

| May 9, 2010 | /s/ Jill H. Ford |
|---|---|
| Date | JILL H. FORD, Trustee |